**Order entered July 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00872-CV

## IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-54113-2010**

## ORDER

We **GRANT** appellant's July 9, 2013 motion for an extension of time to file his notice of

appeal. The notice of appeal filed on June 26, 2013 is deemed timely for jurisdictional purposes.


/s/      CAROLYN WRIGHT
CHIEF JUSTICE